JOSEPH, APPELLANT, *v.* CSX TRANSPORTATION COMPANY ET AL.;
GERMAN MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Joseph v. CSX Transp. Co.* (2000), 89 Ohio St.3d 111.]

(No. 99–826—January 26, 2000—Decided June 7, 2000.)

---

*Murray & Murray Co., L.P.A., Michael T. Murray* and *Steven C. Bechtel,* for appellant.

*Manahan, Pietrykowski, Bamman & DeLaney* and *William F. Pietrykowski,* for appellee.

---

The judgment of the court of appeals is vacated for lack of jurisdiction, *Cicco v. Stockmaster* (2000), 89 Ohio St.3d 95, 728 N.E.2d 1066, and the judgment of the trial court is reinstated to the extent that it decided issues other than constitutional questions.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., concurs in judgment only.

PFEIFER, J., dissents.

---

**DOUGLAS, J., concurring in judgment only.** While I agree with the ultimate resolution, I do not subscribe to the majority's reliance on *Cicco v. Stockmaster* (2000), 89 Ohio St.3d 95, 728 N.E.2d 1066, in disposing of this matter. I believe that *Cicco* was not properly decided and, accordingly, I continue to adhere to my dissent therein.